| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U S C app §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)

Williams Alexander Jr | 2. Court or Organization

U S. District Court | 3. Date of Report

05/07/2010 |

| 4 Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)

Article III Active | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial  ☑ Annual  ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2009
to
12/31/2009 |

| 7. Chambers or Office Address

United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations

Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only, see pp. 9-13 of filing instructions)*

☑ NONE *(No reportable positions)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse, see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25 27 of filing instructions )*

☑ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions)*

☑ NONE *(No reportable gifts)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | America's Servicing Company | 1st Mortgage on Aquasco Property | N |
| 2. | HFC | 2nd Mortgage on Aquasco Property | M |
| 3 | MBNA (VISA) | Credit Card | J |
| 4 | Visa | Credit Card | K |
| 5 | Visa | Credit Card | K |
| 6 | Chase | Credit Card | J |
| 7 | Chase | Credit Card | K |
| 8 | Countrywide Mortgage | Mortgage on Rental Property in Chesterfield County, Virginia | M |
| 9 | Regal Bank & Trust | Mortgage on Beltsville Property | N |
| 10 | Sun Trust Bank | Equity Loan on Beltsville Property | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1    Aquasco, Md | E | Rent | O | W | Sold | 04/30/09 | | A | Joseph & Mary Lomax |
| 2    Chesterfield County, Va | C | Rent | M | W | | | | | |
| 3.   Beltsville, Md | E | Rent | O | W | Sold | 09/23/09 | | A | Evangelical Lutheran Churc |
| 4    Greenbelt Federal Credit Union | A | Interest | J | T | | | | | |
| 5    Sun Trust Bank | A | Interest | J | T | | | | | |
| 6    Bank of America | A | Interest | J | T | | | | | |
| 7    Morgan Stanley/Limited Term Municipal TR | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 8.   Focus Growth FDD | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 9    Morgan Stanley/Mid Cap Value Fund D | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 10.  Morgan Stanley/Tax Exempt Securities TRT D | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 11   Other Mutual Funds/MSIF Active INTL Allocation A | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 12   Other Mutual Funds/MSIF Small Company Growth A | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 13   Other Mutual Funds/Emerging Markets A | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 14   Other Mutual Funds/MSIF TR US Small Cap Val Inst | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 15.  Van Kampten Comstock I | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 16   Other Mutual Funds/MSIF TR Mid Cap | A | Dividend | J | T | Sold | 02/04/09 | | A | |
| 17 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E.
Washington, D.C. 20544